```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL STOKES,

                Plaintiff,

   - against -

MILKCHOCOLATENYC LLC,

               Defendant.
------------------------------------------------------------X

22-CV-6786 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 16, 2022 and September 23, 2022, Defendant was served with the Summons and Complaint. Defendant's Answer was due on October 7, 2022 or October 14, 2022. (Dkts. 8-9.) By December 20, 2022, parties shall file a status update with the Court.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2022
         New York, New York

Copies transmitted to all counsel of record.