USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL STOKES,                                    :
                                                   :        22-CV-6786 (PAE) (RWL)
                              Plaintiff,           :
                                                   :
              - against -                          :        **ORDER**
                                                   :
MILKCHOCOLATENYC LLC,                              :
                                                   :
                              Defendant.           :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This matter has been referred to me for report and recommendation with respect

to Plaintiff's motion for default judgment filed on February 27, 2023. (See Dkts. 17-

21.)  Any response from Defendant must be received by March 17, 2023.  Absent a

response, the Court will proceed to determine the motion based on the existing

record.  Plaintiff shall serve a copy of this order on Defendant through any means

previously approved by the Court and shall file proof of service of the same by March 3,

2023.


                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2023
          New York, New York


Copies transmitted to all counsel of record.

1