**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
MICHAEL STOKES,

               Plaintiff,

                                          22 **CIVIL** 6786 (PAE)(RWL)

       -against-                              **DEFAULT JUDGMENT**

MILKCHOCOLATENYC LLC,

               Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated July 11, 2023, the Court has accepted and adopted Judge Lehrburger's June 20, 2023 Report and Recommendation in its entirety. Default judgment is entered against MilkNYC and Stokes is awarded $30,000 in statutory damages, $4,583 in attorneys' fees, and $576 in costs. In addition, the Court permanently enjoins MilkNYC from further infringing conduct as to the Photograph; accordingly, the case is closed.

**DATED**: New York, New York
            July 11, 2023

                                                            **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                                   **Deputy Clerk**